UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03-10042-MLW |
| v. ) | |
| ) | VIOLATION: |
| TIKEE BEVERLY ) | 18 U.S.C. § 2113(a) |
| ) | Bank Robbery |
| ) | |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about November 26, 2002, in Malden, in the District of Massachusetts,

TIKEE BEVERLY,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $2,482.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Citizens Bank branch at 361 Main Street.

All in violation of Title 18, United States Code, Section 2113(a).



DOCKETED



**COUNT TWO**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about November 27, 2002, in Boston, in the District of Massachusetts,

TIKEE BEVERLY,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $2,371.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Fleet Bank branch at 114 Dudley Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT THREE**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about November 29, 2002, in Boston, in the District of Massachusetts,

TIKEE BEVERLY,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $3,000.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Citizens Bank branch at 2341 Washington Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FOUR**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about November 29, 2002, in Boston, in the District of Massachusetts,

TIKEE BEVERLY,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $1,785.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Sovereign Bank branch at 585 Columbia Road.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FIVE**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about December 2, 2002, in Dorchester, in the District of Massachusetts,

                              TIKEE BEVERLY,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $963.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Fleet Bank branch at 618 Washington Street.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT SIX**: 18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about December 2, 2002, in Dorchester, in the District of Massachusetts,

TIKEE BEVERLY,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of another, money in the approximate amount of $6,943.00 belonging to, and in the care, custody, control, management and possession of a federally insured financial institution, to wit, Sovereign Bank branch at 494 Gallivan Boulevard.

All in violation of Title 18, United States Code, Section 2113(a).

**A TRUE BILL**

*Colin J. Murphy  2/26/03*
Foreperson of the Grand Jury

_____
Thomas E. Kanwit
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:          February 26, 2003, at 1:2 p.m.

Returned into the District Court by the Grand Jurors and filed.

*Allenu. Hays*
Deputy Clerk

# MEMORANDUM

DATE: *Feb 26* , 200**3**

TO: Courtroom Clerk for Judge *03-10042-MLW / 0123*

and for Magistrate Judge *Cohen 0149*

FROM: Sheila Diskes, Docket Clerk Supervisor

SUBJECT: Assignment of New Indictment/Information [Superseding if checked ____]

---

Please be advised that the following indictment/information has been assigned/referred to you.

Criminal No. *03-10042-MLW*  U.S.A. v. *T. Beverly*

_____ This INDICTMENT/INFORMATION is **SEALED**. The original file and copies for distribution will be maintained under seal until requested or retrieved.

__✓__ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _____ upon completion of the case opening. A copy of the indictment/information is attached for your information.

N.B. 1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

**COPY FOR:**
____ CASE OPENING CLERK            ____ PROMIS
____ DISTRICT JUDGE COURTROOM CLERK    ____ PRETRIAL SERVICES
____ MAGISTRATE JUDGE COURTROOM CLERK  ____ COUNTER/ PRESS FOLDER
____ ASSISTANT U. S. ATTORNEY

₹JS 45  (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          Category No. _II_          Investigating Agency _FBI_

City   _Boston_               **Related Case Information:**

County _Suffolk_              Superseding Ind./ Inf. _____    Case No. _____
                              Same Defendant _____  New Defendant _____
                              Magistrate Judge Case Number   _03-00029-LPC_
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _TIKEE J. BEVERLY_                 Juvenile   ☐ Yes   ☒ No

Alias Name       _TIKEE J. VEVERLY_

Address          _541 Norfolk Street, Mattapan MA_

Birth date: _01/15/76_   SS#: _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_   Sex: _M_   Race: _Black_   Nationality: _USA_

Defense Counsel if known:   _Leo Sarokin, Federal Defender_   Address: _408 Atlantic Ave._
                                                                       _Boston, MA 02109_

Bar Number: _____

**U.S. Attorney Information:**

AUSA   _Thomas E. Kanwit_               Bar Number if applicable   _547251_

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   _12/2/02_

☒ Already in Federal Custody as of   _1/28/03_   in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   [6] Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  February 26, 2003          Signature of AUSA:  _/s/ Thos E_

≋JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 .. Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      TIKEE J. BEVERLY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.SC. § 2113(a) | Bank Robbery | 1-6 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

_USA_

v.

_T. Beverly_

Criminal Category __II__

Check if previously referred _____

CA/CR No. _03-10042-MLW_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _____ for the following proceedings:

(A)   Determination (Order) on:
    ( ) Rule 16(b) and/or Pretrial proceedings _____
    ( ) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
       See Documents Numbered : _____
    ( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
28 U.S.C. §636(b)(1)(A)

(B)   Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
       See Documents Numbered: _____

(C)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)   Special instructions _Pretrial_

_2-26-03_     By: _J. Duskin_     DATE
              Deputy Clerk

( ) Civil Rule 16(b) Proceedings
( ) Civil and MBD Discovery or Civil Pretrial
( ) Service as Special Master or Trial
( ) Civil Dispositive Motions

( ) Criminal Dispositive Motions
( ) Criminal Pretrial or Discovery
( ) Post Conviction Proceedings[1]
( ) Miscellaneous

(MJordref.frm - 09/92)     [orefcs., orefm., korefcs., korefm.]

---

[1] See reverse side of order for instructions