UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10042

| Unites States of America | Tikee Beverly |
|---|---|
| PLAINTIFF | DEFENDANT |
| Thomas Kanwit | Leo Sorokin |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                    REPORTER  Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing Held |
|---|---|
| 03/10/04 | Court adopts all factual statements contained in the PSR without objection from either party.  Accordingly the guidelines are as follows: TOL 29, CH VI, 151-188 months custody, 24-36 months supervised release, $15K to $150K fine, $17,812.00 restitution and $600 special assessment fee.  Government opposes the defendant's motion for downward departure and recommends a sentence of 151 months custody.  Defendant recommends a sentence of 96 months custody on each count to be served concurrently, a period of supervised release, no fine and $600 special assessment fee.  Defendant addresses the court.  Formal Sentencing: Court grants the defendant's motion for downward departure and sentences the defendant to 120 months custody on each count to be served concurrently, followed by 36 months supervised release on the standard conditions plus participate in a substance abuse treatment and testing program as prescribed by probation, prohibited from consuming alcoholic beverages while in the substance abuse program, participate in a mental health program as prescribed by probation, cooperate in the collection of a DNA sample and pay restitution in the amount of $17, 812.00.  Court imposes no fine but does impose a $600 special assessment fee.  Defendant advised of his right to appeal and to counsel.  Court upon request of the probation department adds the following conditions to the supervised release.  Defendant cannot incur any new credit lines or charges without the approval of the probation department.  Defendant shall provide to probation any requested financial information Court upon request of the defendant waives the interest on the retitution. |